ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALBERTO AGUILAR FLORES,<br><br>         Plaintiffs,<br><br>  v.<br><br>DIRECTOR, USCIS,<br><br>         Defendant. | CASE NO. 2:25-CV-01778-JDP<br><br>[PROPOSED] ORDER GRANTING MOTION TO VACATE MOTION HEARING IN LIGHT OF LAPSE OF APPROPRIATIONS |

  Good cause being established, Defendant's Motion to Vacate Motion Hearing, is granted. The motion hearing currently scheduled for October 30, 2025, is vacated. Defendant shall file a notice or stipulation resetting the motion hearing date within 7 days of the date Congress restores funding to the Department of Justice.

IT IS SO ORDERED.

Dated: October 23, 2025          _____
                       JEREMY D. PETERSON
                       UNITED STATES MAGISTRATE JUDGE