UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALBERTO AGUILAR FLORES, | Case No. 2:25-cv-1778-JDP (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

The court previously ordered plaintiff to file an opposition or statement of non-opposition to defendant's motion to dismiss by no later than December 23, 2025. ECF No. 11. To date, plaintiff has not filed a response to defendant's motion.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant's motion. Plaintiff's failure to respond to this order will constitute an additional failure to comply with a court order and will result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The January 15, 2026 hearing on defendant's motion is continued to February 12, 2026, at 10:00 a.m.

2. By no later than January 26, 2026, plaintiff shall file an opposition or statement of non-opposition to defendant's motion.

3. Plaintiff shall show cause, by no later than January 26, 2026, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant's motion.

4. Defendant may file a reply to plaintiff's opposition, if any, no later than February 5, 2026.

IT IS SO ORDERED.

Dated:    January 12, 2026    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE